UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

21-2223-MJ-GOODMAN

UNITED STATES OF AMERICA,

1:21-cr-20
Hon. Paul L. Maloney

Plaintiff,

v.

INDICTMENT
**PENALTY SHEET**

CEDRIC DEMOND SMITH, JR. and
DAJA DON-KEVIA SMITH,

Defendants.

_____/

### CEDRIC DEMOND SMITH, JR.

**COUNT 1 – Conspiracy to Commit Bank Fraud [18:1349]**

**Maximum penalty:** Not more than 30 years and/or $1,000,000 fine
**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class B Felony, 18:3559)
**Special Assessment:** [18 U.S.C. § 3013] $100
**Restitution:** Mandatory [18:3663; 18:3663A]

**COUNTS 2-3 – Aggravated Identity Theft [18:1028A(a)(1)]**

**Maximum penalty:** Mandatory 2 years' imprisonment consecutive to any other sentence and a $250,000 fine. (Note that in the discretion of the court multiple convictions for this offense need not be consecutive to each other.)
**Supervised Release:** Not more than 1 year [18 U.S.C. § 3583] (Class E Felony, 18:3559)
**Special Assessment:** [18 U.S.C. § 3013] $100
**Restitution:** Mandatory [18:3663; 18:3663A]

## DAJA DON-KEVIA SMITH

### COUNT 1 – Conspiracy to Commit Bank Fraud [18:1349]

**Maximum penalty:** Not more than 30 years and/or $1,000,000 fine
**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class B Felony, 18:3559)
**Special Assessment:** [18 U.S.C. § 3013] $100
**Restitution:** Mandatory [18:3663; 18:3663A]

### COUNT 4 – Aggravated Identity Theft [18:1028A(a)(1)]

**Maximum penalty:** Mandatory 2 years' imprisonment consecutive to any other sentence and a $250,000 fine. (Note that in the discretion of the court multiple convictions for this offense need not be consecutive to each other.)
**Supervised Release:** Not more than 1 year [18 U.S.C. § 3583] (Class E Felony, 18:3559)
**Special Assessment:** [18 U.S.C. § 3013] $100
**Restitution:** Mandatory [18:3663; 18:3663A]


Date: February 2, 2021                    /s/Timothy P. VerHey
                                          Counsel for the United States


Submitted in accordance with Admin Order 17-MS-046

Case 1:21-cr-00020-PLM *SEALED*  ECF No. 5 *SEALED* (Court only), PageID.12  Filed 02/03/21  Page 1 of 2

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Michigan

| | |
|---|---|
| United States of America<br>v.<br><br>DAJA DON-KEVIA SMITH<br>*Defendant* | Case No. 1:21-cr-20<br><br>Hon. Paul L. Maloney<br>United States District Judge |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  **DAJA DON-KEVIA SMITH**,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit bank fraud in violation of 18 USC § 1349

Aggravated Identity Theft in violation of 18 USC § 1028A(a)

Date: 02/03/2021

Deputy Clerk _____

City and state: Grand Rapids, Michigan

Ray Kent, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/3/21, and the person was arrested on *(date)* 2/5/21
at *(city and state)* Miami, FL.

Date: 2/5/21

Arresting officer's signature

SA Matt Musso
*Printed name and title*

Case 1:21-cr-00020-PLM *SEALED*   ECF No. 5 *SEALED* (Court only) ,  PageID.13   Filed 02/03/21   Page 2 of 2

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender:  DAJA DON-KEVIA SMITH

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:  12/01/1995

Social Security number:  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

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:   FBI - BENJAMIN D. GLYNN
AUSA - TIMOTHY P. VERHEY

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: